**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**LOUIS D. BUCK,
LATOYA DAVENPORT, INDIVIDUALLY,
AND ON BEHALF OF J.D., A MINOR** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 3:26-cv-740-DPJ-ASH**

**PROGRESSIVE GULF INSURANCE COMPANY;
JOHN DOE CORPORATIONS 1-10;
JOHN DOE ENTITIES 1-10; AND
JOHN DOE PERSONS, 1-10** **DEFENDANTS**

**AGREED ORDER OF REMAND**

BEFORE THE COURT is the Order to Show Cause filed herein [Doc. 4], and the Court, being advised that the Plaintiffs, Louis D. Buck, Latoya Buck, individually and on behalf of J.D., a minor, have stipulated and agreed that they do not seek more than $75,000.00 per plaintiff, inclusive of their claims for compensatory and punitive damages, and, therefore, that the Plaintiffs and Defendant, by and through their respective counsel agree that this action should be remanded, and being otherwise fully-advised in the premises, finds and orders as follows:

IT IS, HEREBY ORDERED AND ADJUDGED that this action shall be and hereby is remanded to the Circuit Court of Warren County, Mississippi, with each party to bear their own costs.

SO ORDERED, this the 15th day of September, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

AGREED:

*/s/ Raju Aundre' Branson*

Raju Aundre' Branson (MB: 99950)
SCHWARTZ & ASSOCIATES, P.A.
162 E. Amite Street
Jackson, MS 39207-3949
Tel: 601-988-8888
abranson@1call.org
***Attorney for Plaintiffs***

*/s/ C. Maison Heidelberg*

C. MAISON HEIDELBERG, MB #9559
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS 39157
601-790-1584 (Direct)
601-790-1588 (General)
mheidelberg@hpwlawgroup.com
***Attorney for Defendant, Progressive Gulf Insurance Company***